IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 0 7 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHERMAN COTTON, as Independent Executor of the Estate of Loy E. King, Jr. and Trustee of the Loy E. King, Jr. Living Trust, as amended, | |
| Plaintiff, | |
| v. | No. 01 C 1099 |
| PRIVATEBANK AND TRUST COMPANY, | Judge Ronald Guzman |
| Defendant. | Magistrate Judge Denlow |

### NOTICE OF FILING

TO: See Attached Service List

PLEASE TAKE NOTICE that on the 7th day of January 2003, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached SECOND AMENDED THIRD PARTY COMPLAINT, a true and correct copy of which is herewith served upon you.

Dated: January 7, 2003

THE PRIVATEBANK AND TRUST COMPANY

By:_____
One of Its Attorneys

David L. Doyle
James V. Garvey
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

**DOCKETED**
JAN - 8 2003

CHICAGO/#812186.1

## SERVICE LIST

Terrence E. Leonard, Esq.
TERRENCE E. LEONARD, CHARTERED
100 West Monroe Street
Suite 1310
Chicago, Illinois 60603

W. David Wells, Esq.
THOMPSON COBURN
One Firstar Plaza
St. Louis, Missouri 63101

Donald B. Hilliker, Esq.
Benson K. Friedman, Esq.
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60606

Kendra Johnson Panek, Esq.
John N. Scholnick, Esq.
ALTHEIMER & GRAY
10 S. Wacker Drive
Chicago, IL 60606

David M. Allen, Esq.
Jeffrey E. Schiller, Esq.
Rachel T. Nguyen, Esq.
SCHUYLER, ROCHE & ZWIRNER, P.C.
130 E. Randolph Street, Suite 3800
Chicago, Illinois 60601

Larry W. Burks, Esq.
FRIDAY, ELDREDGE & CLARK
2000 Regions Center
400 West Capitol
Little Rock, Arkansas 72201

Michael S. Poulos, Esq.
Charles Lynn Lowder, Esq.
Amy J. Collins, Esq.
Catherine J. Casey, Esq.
PIPER MARBURY RUDNICK & WOLFE
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1292

Paul J. Puricelli, Esq.
STONE, LEYTON & GERSHMAN, P.C.
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri 63105

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing SECOND AMENDED THIRD PARTY COMPLAINT were served on the below listed parties of record by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003, by 5:00 p.m. on December 18, 2002:

Terrence E. Leonard, Esq.
TERRENCE E. LEONARD, CHARTERED
100 West Monroe Street
Suite 1310
Chicago, Illinois 60603

W. David Wells, Esq.
THOMPSON COBURN
One Firstar Plaza
St. Louis, Missouri 63101

Donald B. Hilliker, Esq.
Benson K. Friedman, Esq.
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60606

Kendra Johnson Panek, Esq.
John N. Scholnick, Esq.
ALTHEIMER & GRAY
10 S. Wacker Drive
Chicago, IL 60606

David M. Allen, Esq.
Jeffrey E. Schiller, Esq.
Rachel T. Nguyen, Esq.
SCHUYLER, ROCHE & ZWIRNER, P.C.
130 E. Randolph Street, Suite 3800
Chicago, Illinois 60601

Larry W. Burks, Esq.
FRIDAY, ELDREDGE & CLARK
2000 Regions Center
400 West Capitol
Little Rock, Arkansas 72201

Michael S. Poulos, Esq.
Charles Lynn Lowder, Esq.
Amy J. Collins, Esq.
Catherine J. Casey, Esq.
PIPER MARBURY RUDNICK & WOLFE
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1292

Paul J. Puricelli, Esq.
STONE, LEYTON & GERSHMAN, P.C.
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri 63105

_____
James V. Garvey

*See Case File for Exhibits*